STEVEN T. GUBNER – Bar No. 156593
RICHARD D. BURSTEIN – Bar No. 56661
ROBYN B. SOKOL – Bar No. 159506
RONALD P. ABRAMS – Bar No. 140438
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Emails:   sgubner@ebg-law.com; rburstein@ebg-law.com;
               rsokol@ebg-law.com; rabrams@ebg-law.com

Special Counsel for Plaintiff,
Bradley D. Sharp, Liquidating Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>                Debtor. | District Case No. 2:13-cv-09416-BRO<br><br>Bk. Case No. 2:08-bk-32333-BR<br><br>Chapter  11 |
| BRADLEY D. SHARP, Liquidating Trustee,<br><br>                Plaintiff,<br>vs.<br>HAMID DAVID NAHAI, an individual, aka DAVID NAHAI; and NAHAI LAW CORPORATION, a California corporation,<br><br>                Defendants. | Adv. Case No. 2:11-ap-01325-BR<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING PURSUANT TO SETTLEMENT**<br><br>**Pre-Trial Conference:**<br>Date:  May 11, 2015<br>Time:  3:00 p.m.<br>Place:  Courtroom 14<br>        312 North Spring Street<br>        Los Angeles, CA 90012 |

The Court, having reviewed the Notice of Settlement filed herein and pursuant to proceedings on April 27, 2015,

1 | It Is Hereby Ordered that the within Adversary Proceeding is dismissed with
2 | prejudice, all parties to bear their own fees and costs. The Court retains jurisdiction to
3 | enforce the terms and provisions of the settlement.

**IT IS SO ORDERED.**

Dated: May 6, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

1300190